IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01319-PSF-BNB

ELAMINE FARES,

    Petitioner,

v.

ALBERTO GONZALES, Attorney General of the United States;
MARIO ORTIZ, District Director of Citizenship and Immigration Services,

    Respondents.

## ORDER DIRECTING RESPONSE

    This matter is before the Court on petitioner's Petition for Writ of Mandamus Compelling Action on Petition for Naturalization (Dkt. # 1). The government is DIRECTED to file its response in this matter no later than **August 11, 2006.**

    DATED: July 13, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge